# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

        Plaintiff,

v.                                   Case No:   6:24-cv-1211-GAP-LHP

LESIA HISE, REGINA HISE and
LAURA MARTIN,

        Defendants

_____

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S VERIFIED MOTION FOR EXTENSION OF DEADLINE FOR SERVICE OF COMPLAINT (Doc. No. 9)** |
| **FILED:** | **September 30, 2024** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Plaintiff to effect service of process and file proof thereof is extended up to and including **October 21, 2024**.   Fed. R. Civ. P. 4(m).

**DONE** and **ORDERED** in Orlando, Florida on October 1, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties